**PROOF OF SERVICE**

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

      111 Pine Street, Suite 1350
      San Francisco, CA 94111

That I served the within:

    RE:    C07-4305 HRL

    1)    SUMMONS IN A CIVIL ACTION;
    2)    CIVIL COVER SHEET;
    3)    PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
    4)    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;
    5)    ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT;
    and et al.

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

      Alberto Gonzales (By Certified Mail)
      Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      US Attorneys Office (By Certified Mail)
      450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Attn: Civil Process Clerk

      Office of the General Counsel (By Certified Mail)
      U.S. Department of Homeland Security
      Washington, DC 20528

      Robert S. Mueller, III (By Certified Mail)
      Director
      Federal Bureau of Investigations
      Office of the General Counsel
      Room 7427, 935 Pennsylvania Ave., N.W.,
      Washington, DC 20535

Executed this August 23, 2007, at San Francisco, California.

                                                */s/ Joanna Lai*
                                               Joanna Lai