JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiffs
Linshi MIAO;
Peng QI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linshi MIAO;<br>Peng QI | Case No.: **C07-4305 HRL** |
| Plaintiffs | **NOTICE OF VOLUNTARY**<br>**DISMISSAL** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal<br>Bureau of Investigation | |
| Defendants. | "Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismisses the above-captioned action without prejudice.

Dated:     September 18, 2007                    Respectfully submitted,


                                                         /S/
                                                Justin X. WANG, Esq.
                                                Attorney for Plaintiffs